IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:08cr68-WC |
| | ) | [18 U.S.C. 641] |
| v. | ) | |
| | ) | |
| BRITTANY M. LEE | ) | INFORMATION |

The United States Attorney charges that:

On or about the 28th of November 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, BRITTANY M. LEE did knowingly steal, purloin, conceal and retain, with intent to convert to her use and use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: a pair of Polo jeans, two Union Bay jackets, and a Union Bay shirt, in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_/s/ Kent Brunson_
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

_/s/ Emily M. R. Sanchez_
EMILY M. R. SANCHEZ
SPECIAL ASSISTANT U.S. ATTORNEY
GA BAR NO. 142573
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9141

STATE OF ALABAMA                )
                                )       AFFIDAVIT
DALE COUNTY                     )

The undersigned, being first duly sworn, deposes and says:

I am a Military Police officer at Fort Rucker, Alabama. On the 28th of November 2007, at approximately 1653 P.M., I received a call to go the PX to handle a shoplifting incident. Upon arrival, I met with Ms. Heather Anderson, PX Security, and she informed me of two women suspected of shoplifting. One of the women was identified as BRITTANY M. LEE. Surveillance video showed LEE sitting outside a dressing room while one of the women tried on several items of clothing in the dressing room and then exiting the dressing room with a large bag and without the clothing items in hand. LEE and the other woman then exited the store without rendering payment for the clothing items. Both women were approached by Ms. Anderson and escorted to the security office, where one pair of Polo jeans, two Union Bay jackets, and a Union Bay shirt was removed from the woman's bag. Upon arrival, both women were transported to the Military Police Station where they were further processed. LEE was advised of her legal rights which she waived, and rendered a sworn statement admitting responsibility. LEE was further processed and released on her own recognizance. The items were returned to AAFES stock. The estimated value of the items is $115.00.

_____
JAMES E. JOHNSON, SPC, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this _28th_ day of _February_ 2008.


_____
NOTARY PUBLIC

My commission expires:   NOTARY PUBLIC STATE OF ALABAMA AT LARGE
                         MY COMMISSION EXPIRES: July 2, 2011