UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:08-CR-00068-WC |
| | ) | |
| BRITTANY M. LEE | ) | |

## MOTION TO CONTINUE TRIAL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to continue the trial of the above styled case scheduled for July 14, 2008, and as grounds would show unto the Court the following:

1. Counsel for Ms. Lee requested a copy of the surveillance tape in this case by June 4, 2008.

2. The undersigned Special Assistant to the United States Attorney received the surveillance video tape in this case from the Provost Marshal Office on May 22, 2008, and submitted it to the Fort Rucker TASC Office, which processes all of the Fort Rucker requests for audio and visual recordings and aides. The Fort Rucker TASC Office reported that a copy of the tape would not be complete until June 6, 2008 due to the limitations of its audio-visual recording equipment.

3. The undersigned Special Assistant to the United States Attorney will mail the copied tape to counsel for Ms. Lee immediately upon receipt.

4. Counsel for Ms. Lee has been contacted on the status of the requested tape.

WHEREFORE, premises considered, the United States respectfully requests that this Honorable Court continue the trial in the above-styled case.

Respectfully submitted this the 3rd day of June, 2008.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
E-mail: emily.ruisanchez@us.army.mil

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Case No. 1:08-CR-00068-WC** |
| | ) | |
| **BRITTANY M. LEE** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael Petersen, Attorney for Ms. Brittany M. Lee, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Ms. Brittany M. Lee.

    Respectfully submitted,

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY


    /s/ Emily M. Ruisanchez
    EMILY M. RUISANCHEZ
    Special Assistant United States Attorney
    Soldier Service Center, Bldg. 5700
    Fort Rucker, Alabama 36362
    Telephone: (334) 255-9141
    Fax: (334) 255-1869
    E-mail: emily.ruisanchez@us.army.mil