UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 1:08-CR-00068-WC |
| | ) | |
| **BRITTANY M. LEE** | ) | |

**MOTION FOR LEAVE TO FILE STATUS REPORT**

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to provide a status report as follows:

1. Information was filed on April 1, 2008.

2. Ms. Lee was arraigned on May 13, 2008.

3. Ms. Lee submitted a request for pre-trial diversion on June 19, 2008.

4. The request for pre-trial diversion was forwarded to the U.S. Attorneys Office on June 23, 2008, and is currently pending review and approval/disapproval.

Respectfully submitted this the 25th day of June, 2008.

                                                Respectfully submitted,

                                                LEURA GARRETT CANARY
                                                UNITED STATES ATTORNEY


                                                /s/ Emily M. Ruisanchez
                                                EMILY M. RUISANCHEZ
                                                Special Assistant United States Attorney
                                                Soldier Service Center, Bldg. 5700
                                                Fort Rucker, Alabama 36362
                                                Telephone: (334) 255-9141
                                                Fax: (334) 255-1869
                                                E-mail: emily.ruisanchez@us.army.mil

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 1:08-CR-00068-WC |
| ) | |
| BRITTANY M. LEE ) | |

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael J. Petersen, Attorney for Brittany M. Lee, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Brittany M. Lee.

             Respectfully submitted,

             LEURA GARRETT CANARY
             UNITED STATES ATTORNEY


             /s/ Emily M. Ruisanchez
             EMILY M. RUISANCHEZ
             Special Assistant United States Attorney
             Soldier Service Center, Bldg. 5700
             Fort Rucker, Alabama 36362
             Telephone: (334) 255-9141
             Fax: (334) 255-1869
             E-mail: emily.ruisanchez@us.army.mil