IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.:1:08cr68-WC |
| | ) | |
| **BRITTANY M. LEE** | ) | |

**ORDER**

For good cause, it is

ORDERED that the pretrial conference currently scheduled for June 30, 2008, is cancelled.

DONE this 26th day of June, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE